**Order entered March 2, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01370-CR

## ALAN MICHAEL SCHUECKLER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-72399-R

### ORDER

The reporter's record, requested November 6, 2019, was originally due December 14, 2019. We granted an extension, making it due January 31, 2020. To date, the reporter's record has not been filed and we have had no communication from court reporter Georgina Ware.

We **ORDER** court reporter Georgina Ware to file the complete reporter's record in this appeal within **TWENTY DAYS** of the date of this order. We caution Ms. Ware that the failure to file the reporter's record by that date may result in the

Court taking whatever remedies it has available to ensure that the record is filed and the appeal proceeds in a timely fashion.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; Georgina Ware, court reporter, 265th Judicial District Court; and counsel for all parties.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE